IN THE SUPREME COURT OF TEXAS

 No. 06-0087

 IN RE RABA-KISTNER ANDERSON CONSULTANTS, INC. D/B/A RABA-KISTNER
 CONSULTANTS (SW), INC., AND RABA-KISTNER CONSULTANTS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed May 17, 2006, is
granted. The depositions in the underlying Cause No. 2002-1068, styled
Raba-Kistner Anderson Consultants, Inc., d/b/a Raba-Kistner Consultants
(SW), Inc., and Raba-Kistner Consultants, Inc. v. Gerardo A. Licon,
Margarita Licon, and Licon Engineering Company, Inc., in the 120th District
Court of El Paso County, Texas, are stayed pending further order of this
Court.

 Done at the City of Austin, this May 26, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk